UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>Defendants. | Case No. 2:25-cv-08356-WLH-MBK<br><br>**ORDER GRANTING JOINT STIPULATION TO VACATE ALL CASE DEADLINES AND STAY ACTION [21]** |

The Court, having considered the Stipulation and the supporting declaration, and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1.      This matter is stayed for ninety (90) days from the date of entry of this order;

2.      All trial and pre-trial deadlines are vacated; and

3.      The Parties shall file a joint status report within 60 days after the entry of this order.

**IT IS SO ORDERED.**

Dated: July 20, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2