DOUGLAS J. DIXON (Cal. Bar No. 275389)
ddixon@hueston.com
PADRAIC W. FORAN (Cal. Bar No. 268278)
pforan@hueston.com
MOSTAFA EL-HARAZI (Cal. Bar No. 353905)
melharazi@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340

Attorneys for Defendant
Southern California Edison Company

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SOUTHERN CALIFORNIA EDISON COMPANY and Does 1-10,

Defendants.

Case No. 2:25-cv-08356-WLH-MBK

**FURTHER JOINT STATUS REPORT AND REQUEST TO EXTEND STAY**

Honorable Wesley L. Hsu
United States District Judge

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff United States of America (the "United States") and Defendant Southern California Edison Company ("SCE") (collectively, the "Parties"), by and through their respective counsel of record, submit this Further Joint Status Report and Request to Extend Stay pursuant to the Court's July 21, 2026 Order staying this action (ECF 22) and the Parties' September 18, 2026 Joint Status Report (ECF 25).

## I. STATUS OF SETTLEMENT EFFORTS

As the Parties reported in their September 18, 2026 Joint Status Report, the mediator's proposal resulted in a settlement in principle. (ECF 25.) The Parties are continuing to negotiate the terms of a written settlement agreement and require additional time to finalize it.

## II. REQUEST FOR CONTINUED STAY

The Court's July 21, 2026 Order stayed this action for ninety (90) days. (ECF 22.) The Parties jointly request a sixty (60) day extension of the stay so that they may finalize the written settlement agreement without expending resources on continued litigation. The Parties propose filing a further status report within sixty (60) days.

Dated: October 19, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Alexandra Young*
MARGARET M. CHEN
ALEXANDRA YOUNG
CHRISTOPHER M. BUTLER
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

Dated: October 19, 2026

HUESTON HENNIGAN LLP

*/s/ Douglas J. Dixon*
DOUGLAS J. DIXON
PADRAIC FORAN
MOSTAFA EL-HARAZI

Attorneys for Defendant
Southern California Edison Company

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.